AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>ELECTRONIC STORAGE DEVICES LOCATED AT<br>3700 ARCO CORPORATE DRIVE, SUITE 300<br>CHARLOTTE, NORTH CAROLINA 28273 | )<br>)<br>)<br>)      Case No.<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):* ELECTRONIC STORAGE DEVICES LOCATED AT 3700 ARCO CORPORATE DRIVE, SUITE 300, CHARLOTTE, NORTH CAROLINA 28273 AS MORE FULLY SET FORTH IN ATTACHMENT A.

located in the _____ WESTERN _____ District of _____ NORTH CAROLINA _____ , there is now concealed *(identify the person or describe the property to be seized):*
Certain activities relating to material involving the sexual exploitation of minors and material constituting or containing child pornography as more fully set forth in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) and (b) | Sexual exploitation of children |
| 18 U.S.C. § 2252A | Certain activities relating to material constituting or containing child pornography |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

KELLY HARRISON, SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 06/13/2019 _____

City and state: Columbia, South Carolina

_____
*Judge's signature*

Shiva V. Hodges, United States Magistrate Judge
*Printed name and title*