# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>ELECTRONIC STORAGE DEVICES LOCATED AT 3700 ARCO CORPORATE DRIVE, SUITE 300 CHARLOTTE, NORTH CAROLINA 28273 | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __WESTERN__ District of __NORTH CAROLINA__
*(identify the person or describe the property to be searched and give its location)*:

Acer Laptop SNXPGX020050035DD3A, Gateway Laptop SNNXY1VAA030325014E63400, Asus Laptop E8NOCX6044135H, Pretige Elite Tablet, Samsung Mobile Phone IMEI: 352067108217285, ZTE Mobile Phone IMEI: 990008865138544, ZTE Mobile Phone IMEI: 99900088617L8280 located at 3700 Arco Corporate Drive, Suite 300, Charlotte, North Carolina 28273 as more fully set forth in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Certain activities relating to material involving the sexual exploitation of minors and material constituting or containing child pornography as more fully set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before __June 27, 2019__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __13 June 2019 2:12pm__    /s/ Shiva V. Hodges
                                                                        *Judge's signature*

City and state: __Columbia, South Carolina__     __Shiva V. Hodges, United States Magistrate Judge__
                                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: 06/24/19 10:30AM | Copy of warrant and inventory left with: CFA C. FORNESS |
|---|---|---|

Inventory made in the presence of:
SPS L. BOWEN & CFA C. FORNESS

Inventory of the property taken and name of any person(s) seized:

ACER LAPTOP, SN XPGX0200050035DD3A
GATEWAY LAPTOP, SN NXY1VAA030325014E63400
ASUS LAPTOP, E8NOCX6044135H
PRESTIGE ELITE TABLET
SAMSUNG MOBILE PHONE, IMEI 352067108217285
ZTE MOBILE PHONE, IMEI 990008865138544
ZTE MOBILE PHONE, IMEI 99900088617L8280

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/24/19

_Walter L. Swafford_
Executing officer's signature

SPECIAL AGENT WALTER L. SWAFFORD
Printed name and title